

**FILED**
DISTRICT COURT OF GUAM

OCT 28 2005 *p*

MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL CASE NO. 03-00087-001 |
| Plaintiff, ) | |
| vs. ) | **REQUEST TO TRAVEL** |
| ROBERT CEPEDA TAITANO ) | |
| Defendant. ) | |

    On March 11, 1996, Robert Cepeda Taitano was sentenced by the Honorable Helen Gillmor for Conspiracy to Possess With Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 846, and Possession With Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 841(a)(1). He was sentenced to 120 months imprisonment and five years supervised release. Mr. Taitano's term of supervised release commenced on May 19, 2003.

    Mr. Taitano is requesting the Court's permission to travel to Hong Kong for vacation. He has made tentative reservations to depart Guam on November 14, 2005, with a return date of November 18, 2005. He will be traveling with his girlfriend, Christine Santos.

    Mr. Taitano has been compliant with all of his conditions of supervised release. This Officer supports his travel request and seeks Court approval.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
CARMEN D. O'MALLAN
U. S. Probation Officer Specialist

Reviewed by:

_____
FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc: File

**ORIGINAL**