| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor U.S. Courthouse<br>520 West Soledad Ave.<br>Hagatna, Guam 96910<br>(671) 473-9201 |

**ORIGINAL**

Robert Cepeda Taitano
USDC Cr. Cs. No. 03-00087-001
SSN: XXX-XX-9813
DOB: XX-XX-1973
HT: 5'9"  WT: 190 lbs.



DATE **November 1, 2005**

YOU ARE AUTHORIZED TO TRAVEL TO **Hong Kong**

LEAVING **November 14, 2005** AND RETURNING **November 18, 2005**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

Vacation.

Accommodations: Hyatt Regency Hong Kong
67 Natahn Road
Kowloon, Hong Kong
Tel: (852) 2311-1234

**FILED**
DISTRICT COURT OF GUAM
NOV - 3 2005
MARY L.M. MORAN
CLERK OF COURT

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. **You shall abide by your supervised release conditions while in Hong Kong.**

2. **Report to the U.S. Probation Office in person within 72 hours upon arrival to Guam.**

3. **Immediately report any change in your travel plans to the U.S. Probation Office.**

COPY MAILED TO CHIEF PROBATION OFFICER
IN DISTRICT OF DESTINATION:

**RECEIVED**
NOV - 1 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

NAME  N/A
ADDRESS

CARMEN D. O'MALLAN
UNITED STATES PROBATION OFFICER

[X] APPROVED   [ ] DISAPPROVED

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge

Case 1:03-cr-00087   Document 4   Filed 11/03/2005   Page 1 of 1