

**FILED**
DISTRICT COURT OF GUAM
JAN 12 2007 mba
MARY L.M. MORAN
CLERK OF COURT

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | CRIMINAL CASE NO. 03-00087 ~~95-00287~~-001 |
| vs. | **REQUEST TO TRAVEL** |
| ROBERT CEPEDA TAITANO<br>Defendant. | |

     On March 11, 1996, Robert Cepeda Taitano was sentenced by the Honorable Helen Gillmor for Conspiracy to Possess With Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 846, and Possession With Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 841(a)(1). He was sentenced to 120 months imprisonment and five years supervised release. Mr. Taitano's term of supervised release commenced on May 19, 2003.

     Mr. Taitano is requesting the Court's permission to travel to Saipan to purchase wedding materials. He has made tentative reservations to depart Guam on January 19, 2007, with a return date of January 21, 2007.

     Mr. Taitano has been compliant with all of his conditions of supervised release. This Officer supports his travel request and seeks Court approval.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
CARMEN D. O'MALLAN
U. S. Probation Officer Specialist

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: File

ORIGINAL