| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor U.S. Courthouse<br>520 West Soledad Ave.<br>Hagatna, Guam 96910<br>(671) 473-9201 |
|---|---|---|

Robert Cepeda Taitano
USDC Cr. Cs. No. 03-00087-001
SSN: XXX-XX-9813
DOB: XX-XX-1973
HT: 5'9" WT: 190 lbs.



DATE: January 12, 2007

YOU ARE AUTHORIZED TO TRAVEL TO: Saipan

LEAVING: January 19, 2007  AND RETURNING: January 21, 2007

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP: To purchase wedding materials.

Accommodations: Aquarius Hotel (Aquarius Beach Tower)
167 Beach Road, Chalan Kanoa
Saipan 96950
Tel: (670) 235-6025

**FILED**
DISTRICT COURT OF GUAM
JAN 16 2007
MARY L.M. MORAN
CLERK OF COURT

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall abide by your supervised release conditions while in Saipan.
2. Report to the U.S. Probation Office in person within 72 hours upon arrival to Guam.
3. Immediately report any change in your travel plans to the U.S. Probation Office.

**RECEIVED**
JAN 12 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

COPY MAILED TO CHIEF PROBATION
OFFICER IN DISTRICT OF DESTINATION:

NAME: N/A
ADDRESS:

CARMEN D. O'MALLAN
UNITED STATES PROBATION OFFICER

[X] APPROVED   [ ] DISAPPROVED

HON. JOAQUIN V.E. MANIBUSAN, Jr.
U.S. Magistrate Judge
District of Guam

DATE: January 16, 2007

ORIGINAL