
IN THE UNITED STATES DISTRICT COURT
FOR THE
TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>ROBERT CEPEDA TAITANO<br>Defendant. | ) ) ) ) ) ) ) ) ) | Criminal Case No. 03-00087-001<br><br>**SPECIAL REPORT** |

Re:   **Request for Early Termination from Supervised Release**

Robert Cepeda Taitano was sentenced on March 11, 1996, by the Honorable Helen Gillmor, in the District of Hawaii for Conspiracy to Possess With Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 846, and Possession With Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 841(a)(1). He was sentenced to 120 months imprisonment and five years supervised release. In addition to the standard and mandatory conditions of supervised release, Mr. Taitano was ordered to participate in a substance abuse program which may include drug testing, at the discretion and direction of the Probation Office; that he provide the Probation Office access to any requested financial information; and that he be prohibited from possessing other dangerous weapons.

On August 4, 2003, Mr. Taitano was released from federal custody and commenced serving his term of supervised release. His conditions of release were modified, with his consent, on October 15, 2003, to include that he refrain from any and all use of alcohol. On that same date, the Honorable John S. Unpingco, accepted and assumed the transfer of jurisdiction of Mr. Taitano. On December 5, 2005, his conditions were further modified with his consent to include up to eight drug tests per month. Mr. Taitano's term is scheduled to expire on August 3, 2008.

Mr. Taitano satisfied his special assessment fee on September 6, 2002, and completed the one year drug testing and treatment program without incident, on August 21, 2004. He submitted to DNA collection on March 22, 2005 as instructed. Mr. Taitano has shown stable community reintegration in that he is gainfully employed, lives in a stable residence, and has had no recent record of arrests or convictions. He has consistently

SPECIAL REPORT
Request for Early Termination from Supervised Release
Re: TAITANO, Robert Cepeda
USDC Cr. Cs. No. 03-00087-001
February 7, 2007
Page - 2 -

maintained sobriety for alcohol or drug abuse, and there are no identifiable risks to the safety of any individual or to the public. Mr. Taitano has been in full compliance with all of the conditions of his supervised release.

In light of the above information, this Officer respectfully requests early termination by the court, pursuant to 18 U.S.C. §3583(e)(1), as such action is warranted by Mr. Taitano's full compliance with his conditions of release, and is in the interest of justice. This request for early termination comes as a joint recommendation from Assistant U.S. Attorney Jeffrey Strand.

RESPECTFULLY submitted this 8th day of February 2007.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: CARMEN D. O'MALLAN
U.S. Probation Officer Specialist

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Jeffrey Strand, AUSA
File