**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

### DISTRICT OF GUAM

FILED

DISTRICT COURT OF GUAM

FEB -9 2007

MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA

v.

ROBERT CEPEDA TAITANO

CRIMINAL CASE NO.     03-00087-001

On August 4, 2003, the above named was placed on supervised release for a period of five years. Robert Cepeda Taitano has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee discharged from supervision.



RECEIVED
FEB - 8 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
CARMEN D. O'MALLAN
U.S. Probation Officer Specialist

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:     AUSA
        File

## ORDER OF COURT

Pursuant to the above report, it is ordered that Robert Cepeda Taitano be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____ day of February 2007.

_____
FRANCES M. TYDINGCO-GATEWOOD
Chief Judge
District of Guam

ORIGINAL